EARL v. SCOFIELD, *Appellant.*＊

Division One, February 19, 1894.

The Case of *Hicks v. Scofield, ante, p. 381 followed and affirmed.*

*Appeal from Jackson Circuit Court.*—HON. R. H. FIELD, Judge.

AFFIRMED.

＊ Not received in time to report in chronological order.—REPORTER.

*Scofield & Cheeseman* for appellant.

*Kinley & Kinley* for respondent.

PER CURIAM.—This case involves the same state of facts and principles of law as *Hicks v. Scofield*, 121 Mo. 381. In accord with the rulings therein, the judgment in the present case is affirmed.